**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  13-cv-01890-WJM

ANITA RIVERA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on October 28, 2014,

IT IS ORDERED that the Court AFFIRMS the Commissioner's denial of benefits.

IT IS FURTHER ORDERED that this case is closed and Judgment is entered in favor of Defendant.

Dated at Denver, Colorado this 28th day of October 2014.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk